
ORIGINAL

FILED

10/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0477

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0477

FILED

OCT 2 5 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ORDER

LAURA LEE HALE,

Defendant and Appellant.

Appellant Laura Lee Hale appeals from the Order Revoking Defendant's Sentence and Amended Judgment and Commitment of the First Judicial District Court, Lewis and Clark County, in its Case No. CDC 2017-505. Hale argues the District Court erred by failing to give her credit for time served in custody from March 19, 2021, to April 9, 2021.

The parties have filed a Stipulation, Motion to Dismiss Appeal with Prejudice, and Proposed Order for Remand requesting that this matter be remanded to the District Court for the purpose of entering an amended sentence and judgment. Without agreeing with all of the arguments Hale has raised, the State agrees that in this case the District Court erred in failing to give Hale credit for time served in custody from March 19, 2021, to April 9, 2021.

Good cause appearing,

IT IS HEREBY ORDERED that this case is REMANDED to the First Judicial District Court, Lewis and Clark County, with instructions for the District Court to amend its Judgment and Commitment to give Hale credit for time served in custody from March 19, 2021, to April 9, 2021.

IT IS FURTHER ORDERED that this matter is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this Order to all counsel of record and to presiding judge Honorable Kathy Seeley.

Dated this 25th day of October, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2